AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Leo L. | U.S. District Court, W.D. Ky. | 03/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination, Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>03/15/2012 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>501 Broadway<br>Paducah, Ky, 42001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member (resigned) | Stout, Farmer & King, PLLC |
| 2. | Member of Board of Directors (resigned) | Royal Crown Bottling Corp |
| 3. | Secretary/Treasurer (resgined) | RC Transportation LLC |
| 4. | Manager (resigned) | DADO, LLC |
| 5. | Manger (resigned) | POP Investments, LLC |
| 6. | Trustee (resigned) | Trust #3 |
| 7. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Stout, Farmer & King (and its successor firm Farmer & Wright) Separation Agreement for fees earned prior to resignation. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Stout, Farmer & King, PLLC, Income earned from law practice. | $94,198.00 |
| 2. 2011 | Farmer & Wright, PLLC, Payment for fees earned prior to dissolution pursuant to written separation agreement. | $8,333.33 |
| 3. 2010 | Stout, Farmer & King, PLLC, Income earned from law practice. | $120,875.00 |
| 4. 2012 | Farmer & Wright, PLLC, Payment for fees earned prior to dissolution pursuant to written separation agreement. | $19,333.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. 2010 | Sherman, Carter, Barnhart, PSC, Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Independence Bank | Mortgage on business property in McCracken County | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Paducah Bank and Trust, Checking Account | A | Interest | J | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | Exempt | | | | |
| 3. Wells Fargo Money Market Account | A | Interest | M | T | | | | | |
| 4. -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6. -Archer Daniels Midland Stock | A | Dividend | K | T | | | | | |
| 7. -Bristol Myers Squibb Stock | B | Dividend | K | T | | | | | |
| 8. -Cegene Corp Stock | A | Dividend | L | T | | | | | |
| 9. -Chevron Corp Stock | B | Dividend | L | T | | | | | |
| 10. -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 11. -Corning Inc Stock | A | Dividend | K | T | | | | | |
| 12. -Darden Restaurants Stock | B | Dividend | K | T | | | | | |
| 13. -Disney Stock | A | Dividend | L | T | | | | | |
| 14. -Exxon Stock | B | Dividend | L | T | | | | | |
| 15. -GE Stock | B | Dividend | L | T | | | | | |
| 16. -General Mills Stock | B | Dividend | L | T | | | | | |
| 17. -Halliburton Co Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hasbro Inc Stock | A | Dividend | K | T | | | | | |
| 19. -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 20. -IBM Stock | B | Dividend | M | T | | | | | |
| 21. -McCormick & Co Inc Stock | B | Dividend | L | T | | | | | |
| 22. -Merk & Co. Stock | B | Dividend | L | T | | | | | |
| 23. -Microsoft Stock | C | Dividend | L | T | | | | | |
| 24. -Oracle Corp Stock | A | Dividend | L | T | | | | | |
| 25. -PNC Financial Services Stock | A | Dividend | K | T | | | | | |
| 26. -PIMCO All Asset Authority Fund Class C | A | Dividend | M | T | | | | | |
| 27. -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | A | Dividend | M | T | | | | | |
| 28. -Proctor & Gamble Stock | C | Dividend | L | T | | | | | |
| 29. -Southern Company Stock | B | Dividend | K | T | | | | | |
| 30. -Vodafone Group Stock | B | Dividend | K | T | | | | | |
| 31. -Amer Exp Centurion Bk CD, Salt Lake City, UT | B | Interest | L | T | | | | | |
| 32. -Investors Cmty Bk CD, Manitowoc WI | B | Interest | L | T | | | | | |
| 33. -Louisville/Jefferson Cnty Ky Metro Gvt Pkg ath riv fr city | A | Interest | K | T | | | | | |
| 34. -Paducah Ky Elec Plant Brd Rev Ser A B/E Assured GURA CPN | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Shelby Cnty Ky sch dist fin corp sch bldg rev b/e | A | Interest | K | T | | | | | |
| 36. -Sallie Mae Bank CD, Murray UT | A | Interest | K | T | | | | | |
| 37. -First Trust Portfolios Dividend Income Trust Seires | B | Interest | K | T | | | | | |
| 38. -Bank of America (Y) | A | Dividend | | | | | | | |
| 39. -Boardwalk Pipeline Partners LP (Y) | B | Dividend | | | | | | | |
| 40. -JP Morgan Chase & Co. (Y) | B | Dividend | | | | | | | |
| 41. Prudential Financial Inc Stock (Y) | A | Dividend | | | | | | | |
| 42. -Wal-Mart (Y) | A | Dividend | | | | | | | |
| 43. -Waste Management Inc. (Y) | B | Dividend | | | | | | | |
| 44. -Williams Companies, Inc. (Y)) | B | Dividend | | | | | | | |
| 45. -Hilliard Lyons Money Market (Y)) | A | Interest | | | | | | | |
| 46. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 47. -Dodge & Cox FDS, Intl Stk Fd | A | Dividend | K | T | | | | | |
| 48. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | A | Dividend | J | T | | | | | |
| 49. -Harbor Fund Cap, Appreciation Fd Instl Cl | A | Dividend | K | T | | | | | |
| 50. -Janus Invt Fd, small cap value fd cl 1 | A | Dividend | K | T | | | | | |
| 51. -Janus Invt Fd, flexible bd fd class 1 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Metropolitan West Fds, total return bd fd cl I | A | Dividend | J | T | | | | | |
| 53. | -Davis New York Venture, Fund inc cl y | A | Dividend | K | T | | | | | |
| 54. | -PIMCO Fds Pac Invt, mgmt ser-commodity real return | C | Dividend | J | T | | | | | |
| 55. | -Pioneer Ser Tr III, Cullen Value Fd cl y | C | Dividend | K | T | | | | | |
| 56. | -Dreyfus, Emerging Mrkts Fd cl 1 | A | Dividend | K | T | | | | | |
| 57. | RS Invt Tr, Value Fd cl y | A | Dividend | J | T | | | | | |
| 58. | T Rowe Price Real Estate, Fund Inc. | A | Dividend | J | T | | | | | |
| 59. | -Semtinel Mut Funds, small company class 1 | A | Dividend | J | T | | | | | |
| 60. | -TCW FDS Inc | A | Dividend | J | T | | | | | |
| 61. | -T Rowe Price Blue Chip, growth fd | A | Dividend | K | T | | | | | |
| 62. | -Rowe T Price Mid-Cap, growth fd inc | A | Dividend | J | T | | | | | |
| 63. | IRA #1 | A | Int./Div. | J | T | | | | | |
| 64. | -Europacific Growth Fd, cl A | | | | | | | | | |
| 65. | -Growth Fund America, Cl A | | | | | | | | | |
| 66. | -New Economy Fund SBI Cl A | | | | | | | | | |
| 67. | -Smallcap World Fd A | | | | | | | | | |
| 68. | -Wash Mutl Invs Fd Inc, Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #2 | C | Int./Div. | M | T | | | | | |
| 70. -AQR Fds, Diversified Arbitrage Fd CL 1 | | | | | | | | | |
| 71. -Blair William Fds, Intl Growth Fd Cl 1 | | | | | | | | | |
| 72. -Delaware Group Adviser Fds Inc, US Growth | | | | | | | | | |
| 73. -Eaton Vance Globa, Macor Absolute Return Fd | | | | | | | | | |
| 74. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | | | | | | | | | |
| 75. -Harbor Fund Small Cap, Value Fd instl cl | | | | | | | | | |
| 76. -Harris Assoc Invt Tr, Oakmark Intl Fd Cl 1 | | | | | | | | | |
| 77. -Hotchkis & Wiley Fds, Mid Cap Value Fd Cl 1 | | | | | | | | | |
| 78. -Janus Invt Fd, Flexible Bd Fd Cl 1 | | | | | | | | | |
| 79. -John Hancock Funds II, Currency Srategies Fd | | | | | | | | | |
| 80. -Morgan Stanley Instl, Fund Trust Mid Cap Grwth | | | | | | | | | |
| 81. -JP Morgan TR 1, US Large Cap Core Plus Fd | | | | | | | | | |
| 82. -Oppenheimer Dev Mkts, CL Y | | | | | | | | | |
| 83. -JP Morgan TR 1 Research Mrkt Neutral Fd | | | | | | | | | |
| 84. -PIMCO Fds Pac Invt, Mgmt ser total Return Fd | | | | | | | | | |
| 85. -PIMCO Fds Pac Invt, Mgmt ser-commodity Real Return | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dreyfus, Emerging Mkts Fd, Cl 1 | | | | | | | | | |
| 87. -T Rowe Price Real Est | | | | | | | | | |
| 88. -TCW Fds Inc, Small Cap Growth Fd | | | | | | | | | |
| 89. -TCW Fds Inc Relative, Value Lrge Cap Fd Cl 1 | | | | | | | | | |
| 90. -Turner Fds, Spectrum Fd Instl Cl | | | | | | | | | |
| 91. -Natixis Fds Tr II, Asg Mngd Futures Strategy Fd | | | | | | | | | |
| 92. -American Funds 2030 Target Date Retirement Fund Cl A (sold) | | | | | | | | | |
| 93. -American High Income Trust Cl A (Y) | | | | | | | | | |
| 94. -Capital World Growth & Income Fd Cl A (Y) | | | | | | | | | |
| 95. -Growth Fund America Cl A (Y) | | | | | | | | | |
| 96. -Income Fund America Cl A (Y) | | | | | | | | | |
| 97. -New Perspective Fd A (Y) | | | | | | | | | |
| 98. -Wash Mutl Invs Fd (Y) | | | | | | | | | |
| 99. -Capital World Growth & Income Fd Cl A (Y) | | | | | | | | | |
| 100. -Wash Mutl Invs Fd Cl A (Y) | | | | | | | | | |
| 101. -Templeton World Fund II (Y) | | | | | | | | | |
| 102. -1st Trust Dividend Income T Series (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TRUST #1 | A | Int./Div. | K | T | | | | | |
| 104. -Bond Fund of America, Cl A | | | | | | | | | |
| 105. -Capital Income Bldr, Cl A | | | | | | | | | |
| 106. -Europacific Growth Fd, Cl A | | | | | | | | | |
| 107. -Growth Fund America, Cl A | | | | | | | | | |
| 108. -Investment Co America CL A | | | | | | | | | |
| 109. TRUST #2 | A | Int./Div. | K | T | | | | | |
| 110. -Bond Fund of America, Cl A | | | | | | | | | |
| 111. -Capital Income Bldr, Cl A | | | | | | | | | |
| 112. -Europacific Growth Fd,, Cl A | | | | | | | | | |
| 113. -Growth Fund America, Cl A | | | | | | | | | |
| 114. -Investment Co America, Cl A | | | | | | | | | |
| 115. 401(k) #1 | | | | | | | | | |
| 116. -American Funds Income Fnd R3 | B | Dividend | M | T | | | | | |
| 117. Royal Crown Bottling Corp (2010 Appraisal) | G | Distribution | P1 | Q | | | | | |
| 118. RC Transportation Co. (2010 Appraisal) | G | Distribution | O | Q | | | | | |
| 119. Rental Agricultural Property, Henderson County, Ky ($48,111) | D | Rent | K | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Commercial Real Estate McCracken County, Ky (Y) | | | | | | | | | |
| 121. POP Investments, LLC (Aggregate Ownership Arrangement) | E | Int./Div. | O | T | | | | | |
| 122. -Amzn Stock | | | | | | | | | |
| 123. -Apple Inc. Stock | | | | | | | | | |
| 124. -Atmel Corp Stock | | | | | | | | | |
| 125. -Celgene Corp Stock | | | | | | | | | |
| 126. -Chevron Corp Stock | | | | | | | | | |
| 127. -Clorox Co Stock | | | | | | | | | |
| 128. -Coca Cola Co Stock | | | | | | | | | |
| 129. -ConocoPhillips Stock | | | | | | | | | |
| 130. -Diamond Offshore Drilling Stock | | | | | | | | | |
| 131. -Du Pont E I De Nemours & Co Stock | | | | | | | | | |
| 132. -Exxon Mobil Corp Stock | | | | | | | | | |
| 133. -Ford Motor Co Stock | | | | | | | | | |
| 134. -Freeport-Mcmoran Copper and Gold Stock | | | | | | | | | |
| 135. -General Electric Co Stock | | | | | | | | | |
| 136. -Gilead Sciences Inc Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -HDFC Bk Ltd Stock | | | | | | | | | |
| 138. -Intel Corp Stock | | | | | | | | | |
| 139. -IBM Stock | | | | | | | | | |
| 140. -Ishares TR Msci Emerging Mkts | | | | | | | | | |
| 141. -Johnson & Johnson Stock | | | | | | | | | |
| 142. -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 143. -McDonalds Corp Stock | | | | | | | | | |
| 144. -McKesson Corporation Stock | | | | | | | | | |
| 145. -Medtronic Inc Stock | | | | | | | | | |
| 146. -Merk & Co. Inc Stock | | | | | | | | | |
| 147. -National-Oilwell Inc. Stock | | | | | | | | | |
| 148. -Novartis A G Stock | | | | | | | | | |
| 149. -Occidental Pete Corp Stock | | | | | | | | | |
| 150. -Oracle Corp Stock | | | | | | | | | |
| 151. -PNC Financial Services Group Stock | | | | | | | | | |
| 152. -Procter & Gambile Co | | | | | | | | | |
| 153. -Qualcomm Inc Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Schlumberger LTD Stock | | | | | | | | | |
| 155. -Spectra Energy Corp | | | | | | | | | |
| 156. -Teva Pharmaceutical Inds Ltd Stock | | | | | | | | | |
| 157. -Vanguard Divident Appreciation Stock | | | | | | | | | |
| 158. -Wisdomtree Diefa H/Y Eq Fund | | | | | | | | | |
| 159. -Goldman Sachs Tr Satellite Strategies Port | | | | | | | | | |
| 160. -HCP Inc. Stock | | | | | | | | | |
| 161. -Ing Int'l Real Estate CL | | | | | | | | | |
| 162. -Washington Real Estate Invt Tr | | | | | | | | | |
| 163. -Fifth Third Banksafe Trust Money Market Acct | | | | | | | | | |
| 164. -SPX Corp Stock (Y) | | | | | | | | | |
| 165. -United Technologies Corp Stock (Y) | | | | | | | | | |
| 166. -JP Morgan Chase & Co. Stock (Y) | | | | | | | | | |
| 167. -Cisco Symsems Inc Stock (Y) | | | | | | | | | |
| 168. TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 169. -Fifth Third Banksafe Trust Money Market Account | | | | | | | | | |
| 170. -General Electric Capital Corp Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Ishares Barclays Tips Bond Fund | | | | | | | | | |
| 172. -Nextera Energy Cap Hldgs Inc Preferred Stock | | | | | | | | | |
| 173. -Public Storage Bond | | | | | | | | | |
| 174. -Royce Focus Trust, Inc Bond | | | | | | | | | |
| 175. -US Treasury Infl IX Bond | | | | | | | | | |
| 176. -Wells Fargo Cap XII Pfd Trups Bond | | | | | | | | | |
| 177. -Marvell Technology Group Stock | | | | | | | | | |
| 178. -AT&T Stock | | | | | | | | | |
| 179. -Abbott Labs Stock | | | | | | | | | |
| 180. -Amazon Comm Inc. Stock | | | | | | | | | |
| 181. -Apache Corp Stock | | | | | | | | | |
| 182. -Apple Inc Stock | | | | | | | | | |
| 183. -Atmel Corp Stock | | | | | | | | | |
| 184. -CVS/Caremark Corp Stock | | | | | | | | | |
| 185. -Caterpillar Inc Stock | | | | | | | | | |
| 186. -Celgene Corp Stock | | | | | | | | | |
| 187. -CenturyTel Inc Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Chevron Corp Stock | | | | | | | | | |
| 189. -Citigroup Inc Stock | | | | | | | | | |
| 190. -Coca Cola Co Stock | | | | | | | | | |
| 191. -Colgate Palmalove Stock | | | | | | | | | |
| 192. -Conoco Phillips Stock | | | | | | | | | |
| 193. -Deere & Co Stock | | | | | | | | | |
| 194. -Diamond Offshore Drilling Inc Stock | | | | | | | | | |
| 195. -Du Pont I De Memours & Co Stock | | | | | | | | | |
| 196. -Ecolab Inc Stock | | | | | | | | | |
| 197. -Exxon Mobil Corp Stock | | | | | | | | | |
| 198. -Federated Kaufmann Sm Sm Cap A | | | | | | | | | |
| 199. -Ford Motor Co Stock | | | | | | | | | |
| 200. -Freeport-McMoran Copper & Gold Stock | | | | | | | | | |
| 201. -Frontier Communications Corp Stock | | | | | | | | | |
| 202. -Gilead Sciences Inc Stock | | | | | | | | | |
| 203. -HDFC Bk Ltd Stock | | | | | | | | | |
| 204. -Ishares Tr Msci Emerging Mrkts Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Johnson & Johnson Stock | | | | | | | | | |
| 206. -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 207. -McDonalds Corp Stock | | | | | | | | | |
| 208. -Mckesson Corp Stock | | | | | | | | | |
| 209. -Medtronic Inc. Stock | | | | | | | | | |
| 210. -Microsoft Corp Stock | | | | | | | | | |
| 211. -Microchip Technology Inc Stock | | | | | | | | | |
| 212. -National-Oilwell Inc Stock | | | | | | | | | |
| 213. -Nextera Energy Inc Stock | | | | | | | | | |
| 214. -Novartis A G Stock | | | | | | | | | |
| 215. -Occidental Pete Corp Stock | | | | | | | | | |
| 216. -Oracle Corp Stock | | | | | | | | | |
| 217. -Procter & Gamble Stock | | | | | | | | | |
| 218. -Qualcomm Inc Stock | | | | | | | | | |
| 219. -Target Corp | | | | | | | | | |
| 220. -Teva Pharmaceutical Inds Ltd Stock | | | | | | | | | |
| 221. -Vanguard Dividend Appreciation ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Verizon Communications Stock | | | | | | | | | |
| 223. -Windstream Corp Stock | | | | | | | | | |
| 224. -Wisdomtree Dieefa H/Y Eq Fund | | | | | | | | | |
| 225. -Goldman Sachs TR Satellite Strategies Port | | | | | | | | | |
| 226. -PIMCO All Asset all Auth Fund | | | | | | | | | |
| 227. -SPDR Gold Trust | | | | | | | | | |
| 228. -HCP Inc | | | | | | | | | |
| 229. -Ing Intl Real Estate Cl | | | | | | | | | |
| 230. -Washington Real Estate Invt Trust | | | | | | | | | |
| 231. -Becton Dickinson & Co Stock (Y) | | | | | | | | | |
| 232. -SPX Corp Stock (Y) | | | | | | | | | |
| 233. -United Technologies Corp (Y) | | | | | | | | | |
| 234. -Bard C R Inc Stock (Y) | | | | | | | | | |
| 235. -JP Morgan Chase & Co (Y) | | | | | | | | | |
| 236. -Citigroup Inc (Y) | | | | | | | | | |
| 237. -Devry Inc Del Stock (Y) | | | | | | | | | |
| 238. -CISCO Systems Inc (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.   -Schwab 1000 Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 03/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544